Mr. Bret T. Allred, Esq.
Wyo. Bar No.: 6-3835
YELLOWSTONE LAW GROUP LLC
117 N. Bent Street, Ste C
Powell, WY  82435
Phone: (307) 271-1034
Email: bret@YellowstoneLawGroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KENNETH MCGRADY, Individually, and On Behalf of All Other Similarly Situated,<br><br>*Plaintiff,*<br><br>-vs-<br><br>COLLECTION PROFESSIONALS, INC., a Wyoming corporation,<br><br>BARNEY & GRAHAM, LLC,<br><br>WESTON T. GRAHAM,<br><br>CHRISTOPHER COCCIMIGLIO, and<br><br>DAVID C. COCCIMIGLIO,<br><br>*Defendants.* | Case Number: 22-cv-100<br><br><br><br>**ENTRY OF APPEARANCE** |

    Please enter my appearance as attorney for Plaintiff, Kenneth McGrady, in the above-captioned matter.

**DATED** this 18th day of May 2022.

                                      /s/ BRET T. ALLRED
                                      Mr. Bret T. Allred, Esq.
                                      Wyo. Bar No.: 6-3835
                                      YELLOWSTONE LAW GROUP LLC
                                      117 N. Bent Street, Ste C
                                      Powell, WY  82435
                                      Phone: (307) 271-1034
                                      Email: bret@YellowstoneLawGroup.com
                                      *Attorney for Plaintiff*