Mr. Bret T. Allred, Esq.
Wyo. Bar No.: 6-3835
YELLOWSTONE LAW GROUP LLC
117 N. Bent Street, Ste C
Powell, WY  82435
Phone: (307) 271-1034
Email: bret@YellowstoneLawGroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KENNETH MCGRADY, Individually, and On Behalf of All Other Similarly Situated,<br>*Plaintiff,*<br>-vs-<br>COLLECTION PROFESSIONALS, INC., a Wyoming corporation,<br><br>BARNEY & GRAHAM, LLC,<br><br>WESTON T. GRAHAM,<br><br>CHRISTOPHER COCCIMIGLIO, and<br><br>DAVID C. COCCIMIGLIO,<br>*Defendants.* | Case Number: 22-cv-100<br><br><br><br><br><u>**NOTIFICATION OF COMPLEXITY OF CIVIL CASE**</u> |

Pursuant to U.S.D.C. Local Rule 16.4, Plaintiff hereby notify the Court and opposing parties that the above named civil case is:

☒ NON-COMPLEX      ☐ COMPLEX

**DATED** this 18th day of May 2022.

<u>/s/ BRET T. ALLRED</u>
Mr. Bret T. Allred, Esq.
Wyo. Bar No.: 6-3835
YELLOWSTONE LAW GROUP LLC
117 N. Bent Street, Ste C
Powell, WY  82435
Phone: (307) 271-1034
Email: bret@YellowstoneLawGroup.com
*Attorney for Plaintiff*
