# Appendix A

FILED

STATE OF WYOMING

COUNTY OF PARK

DEC 28 2021

IN THE CIRCUIT COURT
FIFTH JUDICIAL DISTRICT

Circuit Court of Fifth Judicial District
Park County, Wyoming
By_____ Deputy Clerk

COLLECTION PROFESSIONALS, INC.

        Plaintiff,

  vs

KENNETH R MCGRADY
TERESA MCGRADY

Civil Action No. CV-2021-656-COD

        Defendant(s).

## COMPLAINT

COMES NOW the Plaintiff, Collection Professionals, Inc., by and through its attorney, WESTON T. GRAHAM, #6-4404, and for its Complaint states and alleges as follows:

1. The Defendant(s) reside(s) in PARK County, Wyoming or entered into the contract(s) sued upon in PARK County, Wyoming.

2. The necessary expenses of the family and of the education of the children are chargeable upon the property of both husband and wife, or either of them, for which they may be sued jointly or seperately, and the parties were married when the debt(s) was/were incurred.

3. Prejudgment interest at the statutory rate of 7% per annum (or a different rate if the consumer signed a contract allowing that) was applied to the unpaid balance calculated from the last date of charge or payment, whichever is greater.

4 The Defendant(s) was(were) indebted to the following persons, entities, or business(es):

| DATE INDEBTED | BUSINESS,ENTITY,PERSON | AMOUNT | PAYMENT |
|---|---|---|---|
| 1. 09-18-18 | YELLOWSTONE SPORTS MEDICINE LLC, CODY, WY | $33507.12 | $500.00 |

2252514 / 38

5. The above-referenced account(s) has(have) been assigned for value and set over to the Plaintiff.
6. The account(s) has(have) accrued pre-judgment interest and continue to accrue pre-judgment interest until judgment.

WHEREFORE, Plaintiff demands judgment against the Defendant(s) as follows:

1. The Assigned amount of $33507.12;
2. Interest to today's date in the amount of $7207.52;
3. Late fees of $0.00 as agreed by contract.
4. Costs of this action including filing fees in the amount of $70.00 and service fees in the amount of $50.00;
5. Attorney fees as allowed by contract or by law.
6. Minus payment(s)/credit(s) in the amount of $500.00;
7. For a total Complaint amount of $40334.64 and attorney fees as awarded.
8. Such other relief as the Court may find just and proper; the entire judgment to bear interest at the rate of 10% per annum.

DATED October 25, 2021.

WESTON T. GRAHAM, #6-4404 307-763-4483
GINA M. DICKERSON #7-6274 307-763-4483

SHERIDAN, WY 82801
307-672-6424

Wyoming business address of record (Rule 103 U.R.D.C.)

29 N Connor
P.O. Box 2088
Sheridan, WY 82801

COP1
2252514 / 38