Mr. Bret T. Allred, Esq.
Wyo. Bar No.: 6-3835
YELLOWSTONE LAW GROUP LLC
117 N. Bent Street, Ste C
Powell, WY 82435
Phone: (307) 271-1034
Email: bret@YellowstoneLawGroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| KENNETH MCGRADY, Individually, and On Behalf of All Other Similarly Situated, <br><br> *Plaintiff,* <br><br> -vs- <br><br> COLLECTION PROFESSIONALS, INC., a Wyoming corporation, <br><br> BARNEY & GRAHAM, LLC, <br><br> WESTON T. GRAHAM, <br><br> CHRISTOPHER COCCIMIGLIO, and <br><br> DAVID C. COCCIMIGLIO, <br><br> *Defendants.* | Case Number: 22-cv-100 |

I, Kenneth McGrady, declare:

1. I am the named plaintiff in this above captioned class action against Collection Professionals, Inc, Barney & Graham, LLC, Weston T. Graham, Christopher Coccimiglio, and David C. Coccimiglio. If called as a witness, I would competently testify to the matters herein from personal knowledge. I am filing this declaration in support of Motion for Class Certification.

2. I have kept updated with the progress of this litigation through my attorney.

3. I am willing to serve as a class representative and have been since I first joined this lawsuit around May 2022.

4. I understand my tasks as a class representative, and I have participated throughout this litigation in the belief I was helping all other persons similarly situated.

5. Specifically, I reviewed the Complaint in this case before it was filed, assisted counsel by responding to his questions, and helped prepare a declaration in support of this motion. I have spent notable time fulfilling my class representative duties for this case.

6. I support my attorney, Bret T. Allred of Yellowstone Law Group LLC's request to be confirmed as class counsel for the purposes of this action.

7. I am unaware of any legal differences in my status as a Class Member from the other Class Members, nor of any unique factual issues pertaining to such representative status which must be litigated. To my knowledge, I have no conflict with the other Class Members.

8. The claims which I have asserted in the Complaint seem to be the same as the claims of the other class members, and, to the best of my understanding, my claims relate to the same issues of law and fact as the other class claims.

9. I understand the obligations of serving as class representative, have, and will adequately represent the interests of the putative (presumed) class, and I have retained experienced counsel.

10. Neither myself, nor anyone in my family have any financial interest in this matter besides what may eventually be awarded by this Court. I further assert to put the Class Member's interest ahead of my own.

I declare under penalty of perjury in the State of Wyoming that the foregoing is true and correct. Executed on this 19th day of April 2023 in Wyoming.

Kenneth McGrady