| DEBTOR# | OBTAINED JUDGMENT | S&C SER/1D |
|---|---|---|
| 2237331 | YES | 4/29/2021 |
| 2290762 | YES | 7/21/2021 |
| 2196742 | YES | 12/14/2021 |
| 2217570 | YES | 4/29/2021 |
| 2345941 | NO | 4/28/2021 |
| 2299161 | YES | 4/29/2021 |
| 2313070 | NO | 4/29/2021 |
| 2149614 | NO | 4/29/2021 |
| 2164427 | YES | 5/2/2021 |
| 2313139 | NO | 5/2/2021 |
| 2220763 | YES | 4/29/2021 |
| 2336922 | NO | 4/28/2021 |
| 2311427 | NO | 5/1/2021 |
| 2325496 | YES | 5/2/2021 |
| 2342973 | YES | 4/29/2021 |
| 2347623 | YES | 4/29/2021 |
| 2315214 | YES | 4/30/2021 |
| 2241659 | YES | 5/4/2021 |
| 2332943 | NO | 5/12/2021 |
| 2259675 | YES | 5/19/2021 |
| 2344604 | NO | 5/19/2021 |
| 2243695 | YES | 5/18/2021 |
| 2313076 | YES | 5/18/2021 |
| 2342726 | NO | 5/20/2021 |
| 2322630 | NO | 5/22/2021 |
| 2343030 | YES | 5/22/2021 |
| 1960142 | YES | 5/20/2021 |
| 2370607 | YES | 5/20/2021 |
| 2341350 | NO | 5/20/2021 |
| 2283020 | YES | 5/26/2021 |
| 2322786 | YES | 5/25/2021 |
| 2217597 | YES | 5/26/2021 |
| 1993354 | YES | 5/26/2021 |
| 2340239 | YES | 5/26/2021 |
| 2290053 | YES | 5/28/2021 |
| 2366789 | YES | 5/28/2021 |
| 2296281 | YES | 5/28/2021 |
| 2355886 | YES | 5/28/2021 |
| 2301776 | YES | 7/29/2021 |
| 2329282 | YES | 5/29/2021 |
| 2325747 | NO | 5/27/2021 |
| 2194397 | YES | 5/27/2021 |
| 2263067 | YES | 6/1/2021 |
| 2252940 | NO | 6/1/2021 |

| | | |
|---|---|---|
| 2313365 | YES | 6/1/2021 |
| 2322025 | NO | 6/6/2025 |
| 2361041 | YES | 6/3/2021 |
| 2366540 | YES | 6/6/2021 |
| 2237646 | NO | 6/2/2021 |
| 2291962 | YES | 6/2/2021 |
| 2381848 | YES | 6/4/2021 |
| 2278843 | YES | 6/7/2021 |
| 2331824 | YES | 6/3/2021 |
| 2251373 | YES | 6/7/2021 |
| 2066141 | YES | 6/3/2021 |
| 2376609 | YES | 6/6/2021 |
| 2299102 | YES | 5/30/2021 |
| 2251843 | YES | 6/28/2021 |
| 2382287 | NO | 6/8/2021 |
| 2262503 | YES | 6/8/2021 |
| 2344546 | YES | 6/14/2021 |
| 2387344 | NO | 6/14/2021 |
| 2215902 | YES | 6/14/2021 |
| 2385454 | YES | 6/15/2021 |
| 1831795 | NO | 6/15/2021 |
| 2325640 | YES | 6/22/2021 |
| 2281941 | YES | 6/14/2021 |
| 2237642 | YES | 6/16/2021 |
| 2315156 | YES | 6/16/2021 |
| 2335233 | YES | 6/10/2021 |
| 2295767 | YES | 6/16/2021 |
| 2211145 | YES | 6/17/2021 |
| 2215119 | YES | 8/13/2021 |
| 2082528 | YES | 6/10/2021 |
| 2271613 | YES | 6/10/2021 |
| 1767770 | YES | 6/10/2021 |
| 2262524 | YES | 6/10/2021 |
| 2254594 | YES | 7/19/2021 |
| 2253676 | YES | 7/1/2021 |
| 2181174 | NO | 7/16/2021 |
| 2372144 | NO | 6/18/2021 |
| 2356051 | YES | 6/18/2021 |
| 2331221 | YES | 6/8/2021 |
| 2224016 | YES | 6/19/2021 |
| 2328983 | NO | 6/21/2021 |
| 2334023 | NO | 6/17/2021 |
| 2355322 | NO | 6/21/2021 |
| 2222802 | YES | 6/17/2021 |
| 2196044 | NO | 6/18/2021 |
| 2273974 | YES | 6/22/2021 |
| 2299098 | YES | 6/27/2021 |

| | | |
|---|---|---|
| 2271563 | YES | 6/28/2021 |
| 2305919 | NO | 6/25/2021 |
| 2211611 | NO | 6/27/2021 |
| 2350229 | YES | 6/28/2021 |
| 2331491 | YES | 6/26/2021 |
| 2193297 | YES | 7/9/2021 |
| 2300615 | YES | 7/7/2021 |
| 2333773 | YES | 7/8/2021 |
| 2317640 | YES | 7/8/2021 |
| 2397164 | NO | 7/6/2021 |
| 2149923 | YES | 7/6/2021 |
| 2332437 | NO | 7/7/2021 |
| 2360684 | YES | 7/6/2021 |
| 2335550 | NO | 7/6/2021 |
| 2286982 | NO | 9/13/2021 |
| 2386634 | YES | 7/6/2021 |
| 2307506 | NO | 7/6/2021 |
| 2405732 | NO | 7/12/2021 |
| 2361842 | YES | 7/12/2021 |
| 2371974 | YES | 7/8/2021 |
| 2340619 | YES | 7/9/2021 |
| 2345093 | YES | 7/8/2021 |
| 2023782 | NO | 7/9/2021 |
| 2281927 | YES | 7/13/2021 |
| 2220186 | YES | 7/18/2021 |
| 1913134 | YES | 7/18/2021 |
| 2066655 | YES | 7/18/2021 |
| 2215482 | YES | 7/17/2021 |
| 2310138 | NO | 7/20/2021 |
| 2349420 | YES | 7/17/2021 |
| 2205257 | NO | 8/3/2021 |
| 2289909 | NO | 7/18/2021 |
| 2315066 | NO | 7/18/2021 |
| 2222801 | YES | 7/17/2021 |
| 2093539 | YES | 7/17/2021 |
| 2171379 | YES | 7/20/2021 |
| 2339964 | NO | 7/20/2021 |
| 2368030 | YES | 7/20/2021 |
| 2382396 | NO | 7/23/2021 |
| 2342810 | YES | 6/26/2021 |
| 2093099 | NO | 7/18/2021 |
| 2385180 | NO | 7/23/2021 |
| 2302471 | YES | 7/26/2021 |
| 2235138 | YES | 7/21/2021 |
| 2377329 | YES | 7/23/2021 |
| 2225744 | YES | 7/23/2021 |
| 2081855 | YES | 7/28/2021 |

| | | |
|---|---|---|
| 2368979 | YES | 7/28/2021 |
| 2396157 | NO | 7/23/2021 |
| 2396743 | NO | 7/27/2021 |
| 2104755 | YES | 7/23/2021 |
| 2230560 | YES | 7/25/2021 |
| 2356326 | YES | 7/26/2021 |
| 2318794 | NO | 7/30/2021 |
| 2307355 | YES | 7/22/2021 |
| 2291261 | YES | 7/22/2021 |
| 2341911 | YES | 7/26/2021 |
| 2381695 | YES | 7/28/2021 |
| 2360933 | YES | 8/3/2021 |
| 1732922 | YES | 8/3/2021 |
| 1964279 | YES | 8/3/2021 |
| 2380869 | NO | 8/1/2021 |
| 2356355 | YES | 7/29/2021 |
| 2249515 | YES | 7/22/2021 |
| 2344972 | YES | 8/3/2021 |
| 2344856 | YES | 8/5/2021 |
| 2377347 | NO | 8/3/2021 |
| 2239563 | YES | 8/3/2021 |
| 2303464 | NO | 8/6/2021 |
| 2297261 | NO | 8/10/2021 |
| 2218241 | YES | 8/10/2021 |
| 2345074 | YES | 8/11/2021 |
| 2336984 | NO | 8/11/2021 |
| 2272072 | NO | 7/31/2021 |
| 2316100 | YES | 8/12/2021 |
| 2376823 | YES | 8/14/2021 |
| 2350249 | YES | 8/12/2021 |
| 2375723 | YES | 8/22/2021 |
| 2361612 | YES | 8/20/2021 |
| 2345004 | YES | 8/23/2021 |
| 2255717 | YES | 8/22/2021 |
| 2157675 | YES | 8/24/2021 |
| 2166475 | NO | 8/24/2021 |
| 2383878 | YES | 8/24/2021 |
| 2337685 | YES | 8/24/2021 |
| 2143960 | YES | 8/24/2021 |
| 2231631 | YES | 8/25/2021 |
| 2255540 | YES | 8/24/2021 |
| 2266653 | YES | 8/25/2021 |
| 1890501 | YES | 8/26/2021 |
| 2227132 | NO | 8/25/2021 |
| 2384943 | YES | 8/25/2021 |
| 2307803 | YES | 8/26/2021 |
| 2369021 | YES | 8/23/2021 |

| | | |
|---|---|---|
| 2273546 | YES | 8/23/2021 |
| 2135270 | NO | 8/26/2021 |
| 2343444 | YES | 8/25/2021 |
| 2285142 | YES | 8/25/2021 |
| 2329204 | NO | 8/26/2021 |
| 2370358 | NO | 8/23/2021 |
| 2400342 | YES | 8/23/2021 |
| 2273447 | YES | 8/28/2021 |
| 2273963 | YES | 8/29/2021 |
| 2279194 | YES | 8/28/2021 |
| 2355173 | YES | 8/28/2021 |
| 2345008 | NO | 9/3/2021 |
| 2150341 | YES | 8/26/2021 |
| 2315452 | YES | 9/1/2021 |
| 2342981 | YES | 9/1/2021 |
| 2411598 | YES | 8/25/2021 |
| 2403459 | YES | 8/31/2021 |
| 2375764 | NO | 9/4/2021 |
| 2331971 | NO | 9/2/2021 |
| 2380559 | YES | 9/2/2021 |
| 2330270 | YES | 9/2/2021 |
| 2343621 | YES | 9/2/2021 |
| 2320776 | NO | 9/2/2021 |
| 2327563 | YES | 9/1/2021 |
| 2260413 | NO | 8/14/2021 |
| 2303030 | YES | 9/3/2021 |
| 2245084 | NO | 9/11/2021 |
| 2381117 | YES | 9/9/2021 |
| 2334746 | YES | 9/11/2021 |
| 2254786 | YES | 9/23/2021 |
| 2171472 | YES | 9/23/2021 |
| 2386039 | NO | 10/18/2021 |
| 2247278 | NO | 9/15/2021 |
| 2186620 | YES | 9/16/2021 |
| 2345856 | NO | 9/1/2021 |
| 2291907 | NO | 9/15/2021 |
| 2363811 | YES | 9/13/2021 |
| 2271509 | NO | 8/31/2021 |
| 2174674 | YES | 9/22/2021 |
| 2343428 | YES | 9/22/2021 |
| 2327620 | YES | 9/21/2021 |
| 2178404 | YES | 9/21/2021 |
| 2152527 | YES | 9/22/2021 |
| 2087602 | YES | 9/23/2021 |
| 2348311 | YES | 9/25/2021 |
| 2415895 | YES | 9/26/2021 |
| 2299221 | NO | 9/26/2021 |

| | | |
|---|---|---|
| 2331519 | NO | 9/26/2021 |
| 2032523 | NO | 9/30/2021 |
| 2290628 | NO | 9/30/2021 |
| 2177333 | NO | 11/22/2021 |
| 2340951 | YES | 9/29/2021 |
| 2390951 | YES | 9/25/2021 |
| 2267341 | YES | 9/25/2021 |
| 2406932 | NO | 9/25/2021 |
| 1966803 | YES | 9/25/2021 |
| 2369339 | YES | 9/25/2021 |
| 2314784 | NO | 9/27/2021 |
| 2081851 | YES | 9/26/2021 |
| 2304060 | NO | 9/27/2021 |
| 2204259 | NO | 9/28/2021 |
| 2340351 | NO | 10/11/2021 |
| 2269897 | YES | 10/18/2021 |
| 2283149 | YES | 10/17/2021 |
| 2244077 | NO | 10/16/2021 |
| 2375737 | YES | 10/24/2002 |
| 2320710 | NO | 10/16/2021 |
| 2407285 | YES | 10/24/2021 |
| 2411513 | NO | 10/26/2002 |
| 2345780 | YES | 10/20/2021 |
| 2375903 | YES | 10/18/2021 |
| 2320961 | NO | 10/20/2002 |
| 2321412 | NO | 10/20/2021 |
| 2419580 | NO | 10/26/2002 |
| 2329991 | NO | 10/25/2002 |
| 2194036 | NO | 9/29/2021 |
| 2390844 | YES | 10/25/2002 |
| 2412767 | YES | 10/26/2002 |
| 2414039 | YES | 10/18/2021 |
| 2134811 | NO | 10/27/2002 |
| 2324960 | YES | 11/2/2021 |
| 2269845 | YES | 11/3/2021 |
| 2062757 | YES | 11/1/2021 |
| 2343605 | NO | 11/6/2021 |
| 2199986 | YES | 11/4/2021 |
| 2221147 | YES | 11/7/2021 |
| 2402592 | NO | 11/7/2021 |
| 2394724 | YES | 11/3/2021 |
| 2425335 | NO | 11/5/2021 |
| 2056988 | NO | 11/4/2021 |
| 2282950 | NO | 11/10/2002 |
| 2428431 | YES | 11/12/2002 |
| 2325790 | NO | 11/9/2021 |
| 2408946 | YES | 11/12/2002 |

| | | |
|---|---|---|
| 2344483 | YES | 11/12/2002 |
| 2283193 | YES | 11/12/2002 |
| 2410511 | NO | 11/19/2021 |
| 2378585 | YES | 11/17/2021 |
| 2414339 | YES | 11/15/2021 |
| 2411694 | YES | 11/20/2021 |
| 2411621 | NO | 11/20/2021 |
| 2390763 | NO | 11/21/2021 |
| 1891803 | YES | 11/23/2021 |
| 2322922 | NO | 11/22/2021 |
| 2172148 | YES | 11/24/2021 |
| 2408696 | YES | 11/22/2021 |
| 1881902 | YES | 11/22/2021 |
| 2412794 | NO | 12/6/2021 |
| 2311752 | NO | 12/5/2021 |
| 2113317 | YES | 12/5/2021 |
| 2386370 | NO | 12/5/2021 |
| 2355416 | YES | 12/5/2021 |
| 2193523 | YES | 12/4/2021 |
| 2400869 | YES | 12/4/2021 |
| 2421948 | YES | 12/2/2021 |
| 2285555 | NO | 12/2/2020 |
| 2217399 | NO | 12/11/2021 |
| 2307348 | NO | 3/17/2022 |
| 2336742 | NO | 12/2/2021 |
| 2239961 | NO | 12/7/2021 |
| 2271869 | YES | 12/9/2021 |
| 2341929 | NO | 12/7/2021 |
| 2407008 | YES | 12/9/2021 |
| 2415914 | YES | 12/12/2021 |
| 2348625 | NO | 12/12/2021 |
| 2400936 | YES | 12/16/2021 |
| 2400766 | NO | 12/10/2021 |
| 2422166 | NO | 12/15/2021 |
| 2405075 | NO | 12/16/2021 |
| 2430899 | YES | 12/21/2021 |
| 2271393 | NO | 1/12/2022 |
| 2390713 | NO | 12/17/2021 |
| 2259661 | YES | 12/17/2021 |
| 2392491 | NO | 12/16/2021 |
| 2308014 | NO | 12/20/2021 |
| 2408197 | YES | 12/20/2021 |
| 2355316 | NO | 12/20/2021 |
| 2036358 | NO | 12/28/2021 |
| 2292092 | NO | 1/2/2022 |
| 2273970 | YES | 1/2/2022 |
| 2066329 | YES | 1/2/2022 |

| | | |
|---|---|---|
| 2279129 | YES | 1/1/2022 |
| 2343432 | NO | 1/2/2021 |
| 2281482 | YES | 1/7/2022 |
| 2301269 | NO | 1/21/2022 |
| 2306795 | NO | 1/4/2022 |
| 2418033 | NO | 1/9/2022 |
| 2145684 | NO | 1/9/2022 |
| 2419154 | NO | 1/19/2022 |
| 2422404 | YES | 1/24/2022 |
| 2360825 | NO | 2/12/2022 |
| 2264300 | NO | 1/26/2022 |
| 2370335 | NO | 1/27/2022 |
| 2310162 | NO | 1/28/2022 |
| 2424361 | NO | 2/7/2022 |
| 2307498 | YES | 1/31/2022 |
| 2443201 | NO | 2/7/2022 |
| 2363530 | YES | 2/8/2022 |
| 2128256 | NO | 2/8/2022 |
| 2201454 | YES | 2/9/2022 |
| 2453445 | NO | 2/9/2022 |
| 2193579 | YES | 4/29/2021 |
| 2342073 | YES | 4/28/2021 |
| 2127340 | YES | 4/30/2021 |
| 2304221 | YES | 4/28/2021 |
| 2217264 | YES | 5/14/2021 |
| 2200170 | YES | 5/20/2021 |
| 2223589 | YES | 5/2/2021 |
| 1918082 | YES | 5/2/2021 |
| 2196072 | YES | 5/2/2021 |
| 1801788 | YES | 5/20/2021 |
| 2194482 | YES | 5/2/2021 |
| 1931982 | YES | 5/2/2021 |
| 2286690 | YES | 4/28/2021 |
| 2290668 | YES | 4/29/2021 |
| 2191231 | YES | 5/3/2021 |
| 2115157 | YES | 5/3/2021 |
| 2281195 | YES | 4/29/2021 |
| 1964562 | YES | 5/4/2021 |
| 2176634 | YES | 5/4/2021 |
| 2332925 | YES | 5/8/2021 |
| 2045293 | YES | 5/8/2021 |
| 2305541 | YES | 5/8/2021 |
| 2194985 | YES | 5/8/2021 |
| 2309814 | YES | 5/12/2021 |
| 2299329 | YES | 5/8/2021 |
| 2114285 | YES | 5/8/2021 |
| 2309371 | YES | 5/8/2021 |

| | | |
|---|---|---|
| 2299116 | YES | 5/11/2021 |
| 2254829 | YES | 5/15/2021 |
| 2276689 | YES | 5/13/2021 |
| 2224766 | YES | 5/13/2021 |
| 2286933 | YES | 5/13/2021 |
| 2366792 | YES | 5/17/2021 |
| 2207174 | NO | 5/17/2021 |
| 2314661 | YES | 5/17/2021 |
| 2299389 | YES | 5/17/2021 |
| 2307808 | YES | 5/15/2021 |
| 2257145 | YES | 5/15/2021 |
| 2205350 | YES | 5/19/2021 |
| 2297225 | YES | 5/19/2021 |
| 2332533 | YES | 5/30/2021 |
| 2338166 | YES | 5/29/2021 |
| 2314351 | YES | 5/18/2021 |
| 2204346 | YES | 5/18/2021 |
| 2355120 | YES | 5/18/2021 |
| 2239934 | YES | 5/22/2021 |
| 2313580 | YES | 5/22/2021 |
| 2229775 | YES | 5/21/2021 |
| 1987240 | YES | 5/21/2021 |
| 1999407 | YES | 5/22/2021 |
| 2339439 | YES | 5/22/2021 |
| 2340825 | YES | 5/20/2021 |
| 2213631 | YES | 5/25/2021 |
| 2249199 | YES | 5/20/2021 |
| 2166170 | YES | 5/26/2021 |
| 2172289 | YES | 5/27/2021 |
| 2290240 | YES | 5/25/2021 |
| 2156479 | YES | 5/21/2021 |
| 2320637 | YES | 5/26/2021 |
| 2357821 | YES | 5/27/2021 |
| 2264319 | YES | 5/29/2021 |
| 2256225 | YES | 5/27/2021 |
| 2313033 | YES | 5/30/2021 |
| 2330126 | YES | 5/27/2021 |
| 2235788 | YES | 5/27/2021 |
| 2259449 | YES | 6/1/2021 |
| 2259267 | YES | 6/1/2021 |
| 2259761 | YES | 6/1/2021 |
| 2299345 | YES | 6/1/2021 |
| 2264900 | YES | 6/2/2021 |
| 2333853 | YES | 5/29/2021 |
| 2344225 | YES | 6/7/2021 |
| 2062566 | YES | 6/6/2021 |
| 2030615 | YES | 6/6/2021 |

| | | |
|---|---|---|
| 2023987 | YES | 6/6/2021 |
| 2070235 | YES | 6/3/2021 |
| 2171039 | YES | 6/3/2021 |
| 2341907 | YES | 6/3/2021 |
| 2202567 | YES | 6/8/2021 |
| 2164871 | YES | 6/8/2021 |
| 2376510 | YES | 5/30/2021 |
| 2327485 | YES | 6/8/2021 |
| 2099507 | YES | 6/8/2021 |
| 2349815 | YES | 6/9/2021 |
| 2320788 | YES | 6/8/2021 |
| 2237612 | YES | 6/8/2021 |
| 2318375 | YES | 6/10/2021 |
| 2356068 | YES | 6/15/2021 |
| 2292516 | YES | 6/14/2021 |
| 2388334 | YES | 6/14/2021 |
| 2342539 | YES | 6/14/2021 |
| 2273756 | YES | 6/15/2021 |
| 2282226 | YES | 6/15/2021 |
| 2322713 | YES | 6/14/2021 |
| 2361841 | YES | 6/16/2021 |
| 2297049 | YES | 6/17/2021 |
| 2245993 | YES | 6/17/2021 |
| 2009457 | YES | 6/10/2021 |
| 2310027 | NO | 6/10/2021 |
| 2314908 | YES | 6/17/2021 |
| 2364322 | YES | 6/10/2021 |
| 2275890 | YES | 6/10/2021 |
| 2308015 | YES | 6/17/2021 |
| 2139053 | YES | 7/1/2021 |
| 2198986 | YES | 6/16/2021 |
| 2344394 | YES | 6/18/2021 |
| 2260020 | YES | 10/30/2021 |
| 2209385 | YES | 6/16/2021 |
| 2291184 | YES | 6/19/2021 |
| 2291985 | YES | 6/19/2021 |
| 2036826 | YES | 6/19/2021 |
| 2273534 | YES | 6/17/2021 |
| 2331415 | YES | 6/17/2021 |
| 2312878 | YES | 6/19/2021 |
| 2208215 | YES | 6/17/2021 |
| 2101431 | YES | 10/4/2021 |
| 2174573 | YES | 6/24/2021 |
| 2145089 | YES | 6/17/2021 |
| 2336101 | YES | 6/24/2021 |
| 2130033 | YES | 6/19/2021 |
| 2163354 | YES | 6/22/2021 |

| | | |
|---|---|---|
| 2077701 | YES | 11/17/2021 |
| 2318910 | YES | 6/24/2021 |
| 2060945 | YES | 6/24/2021 |
| 2030936 | YES | 9/21/2021 |
| 2316633 | NO | 7/25/2021 |
| 2311907 | YES | 6/24/2021 |
| 2272624 | YES | 6/25/2021 |
| 1812232 | YES | 6/26/2021 |
| 2113266 | YES | 6/23/2021 |
| 2377312 | YES | 6/28/2021 |
| 2211622 | YES | 6/24/2021 |
| 2310556 | YES | 6/25/2021 |
| 2331941 | YES | 6/28/2021 |
| 2299341 | YES | 6/25/2021 |
| 2198584 | YES | 7/22/2021 |
| 2305566 | YES | 6/29/2021 |
| 2253597 | YES | 6/29/2021 |
| 2066494 | YES | 6/27/2021 |
| 2244588 | YES | 6/29/2021 |
| 2340376 | NO | 7/6/2021 |
| 2133794 | YES | 7/11/2021 |
| 2329534 | YES | 7/7/2021 |
| 2138987 | YES | 7/7/2021 |
| 2170547 | YES | 7/8/2021 |
| 2105096 | YES | 7/8/2021 |
| 2109818 | YES | 7/8/2021 |
| 2364962 | YES | 7/8/2021 |
| 2194643 | YES | 7/11/2021 |
| 2334881 | YES | 7/11/2021 |
| 2054714 | YES | 7/8/2021 |
| 2311982 | YES | 7/6/2021 |
| 2361093 | YES | 7/12/2021 |
| 2223844 | NO | 7/11/2021 |
| 2331178 | YES | 7/6/2021 |
| 2368490 | YES | 7/9/2021 |
| 1831916 | YES | 7/9/2021 |
| 2368420 | YES | 7/9/2021 |
| 2381661 | YES | 7/9/2021 |
| 2310457 | YES | 7/9/2021 |
| 2133357 | YES | 7/9/2021 |
| 2025074 | YES | 7/10/2021 |
| 2385982 | YES | 7/16/2021 |
| 2134254 | YES | 7/14/2021 |
| 2390033 | YES | 7/10/2021 |
| 2305567 | YES | 7/18/2021 |
| 2203972 | YES | 7/18/2021 |
| 1838281 | YES | |

| | | |
|---|---|---|
| 2252516 | YES | 7/18/2021 |
| 2348235 | YES | 7/18/2021 |
| 2023944 | YES | 9/30/2021 |
| 2322504 | YES | 7/19/2021 |
| 2196197 | YES | 7/14/2021 |
| 2370210 | YES | 7/19/2021 |
| 1987148 | YES | 7/15/2021 |
| 2380112 | YES | 7/18/2021 |
| 2228853 | NO | 7/20/2021 |
| 2343782 | YES | 7/18/2021 |
| 2397882 | YES | 7/17/2021 |
| 2228641 | YES | 7/14/2021 |
| 2205261 | YES | 7/17/2021 |
| 2361670 | YES | 7/18/2021 |
| 2194345 | YES | 7/19/2021 |
| 2340164 | YES | 7/20/2021 |
| 2287523 | YES | 8/22/2021 |
| 2237585 | YES | 7/20/2021 |
| 2309796 | YES | 7/21/2021 |
| 2187565 | YES | 7/24/2021 |
| 2340404 | YES | 7/21/2021 |
| 2319140 | YES | 7/23/2021 |
| 2295233 | YES | 7/22/2021 |
| 2137345 | YES | 7/22/2021 |
| 1972806 | YES | 7/23/2021 |
| 2226807 | YES | 7/27/2002 |
| 2208859 | YES | 7/26/2021 |
| 2341933 | YES | 7/22/2021 |
| 2335673 | YES | 7/26/2021 |
| 2180395 | YES | 7/25/2021 |
| 2284131 | YES | 8/1/2021 |
| 2271302 | YES | 8/1/2021 |
| 2247238 | YES | 8/1/2021 |
| 2307847 | YES | 7/28/2021 |
| 1747431 | NO | 8/3/2021 |
| 2289923 | YES | 7/29/2021 |
| 2199994 | YES | 7/29/2021 |
| 2332403 | YES | 7/29/2021 |
| 2315870 | YES | 7/28/2021 |
| 1891849 | YES | 8/5/2021 |
| 2291974 | YES | 8/5/2021 |
| 2269641 | YES | 8/5/2021 |
| 2045992 | YES | 9/21/2021 |
| 2349529 | YES | 8/3/2021 |
| 2219697 | YES | 8/5/2021 |
| 2097911 | YES | 8/5/2021 |
| 2190559 | YES | 8/3/2021 |

| | | |
|---|---|---|
| 2290675 | YES | 8/6/2021 |
| 2263420 | YES | 7/31/2021 |
| 1993039 | YES | 8/8/2021 |
| 1641530 | YES | 7/29/2021 |
| 2262544 | YES | 7/29/2021 |
| 2340370 | YES | 8/7/2021 |
| 2388243 | NO | 7/28/2021 |
| 1883529 | YES | 7/31/2021 |
| 2381576 | YES | 7/26/2021 |
| 2009415 | YES | 9/17/2021 |
| 2279031 | YES | 8/9/2021 |
| 2260193 | YES | 8/8/2021 |
| 2381108 | YES | 8/9/2021 |
| 2009476 | YES | 8/7/2021 |
| 2370653 | YES | 8/9/2021 |
| 2323445 | YES | 8/9/2021 |
| 2394749 | YES | 8/10/2021 |
| 2320631 | YES | 8/1/2021 |
| 2340119 | YES | 8/13/2021 |
| 2324275 | YES | 8/12/2002 |
| 2104711 | YES | 8/7/2021 |
| 2045728 | YES | 8/12/2021 |
| 2344032 | YES | 8/13/2021 |
| 2197582 | YES | 8/13/2021 |
| 2028130 | YES | 8/4/2021 |
| 2291306 | YES | 8/20/2021 |
| 2260500 | YES | 8/20/2021 |
| 2004301 | YES | 8/21/2021 |
| 2383973 | YES | 8/23/2021 |
| 2355223 | YES | 8/26/2021 |
| 2308781 | YES | 8/24/2021 |
| 2266919 | YES | 8/19/2021 |
| 2355923 | YES | 8/19/2021 |
| 2301270 | YES | 8/24/2021 |
| 2248163 | YES | 8/24/2021 |
| 2364344 | YES | 8/19/2021 |
| 2289070 | YES | 8/24/2021 |
| 2344431 | YES | 8/24/2021 |
| 2232714 | YES | 8/26/2021 |
| 2234770 | YES | 8/26/2021 |
| 2292168 | YES | 8/25/2021 |
| 2231094 | YES | 8/26/2021 |
| 2375752 | YES | 8/29/2021 |
| 2333154 | YES | 8/28/2021 |
| 2305794 | YES | 8/26/2021 |
| 2275793 | YES | 8/23/2021 |
| 2246854 | YES | 8/3/2021 |

| | | |
|---|---|---|
| 1988213 | YES | 8/26/2021 |
| 1991156 | YES | 8/29/2021 |
| 2141479 | YES | 8/26/2021 |
| 2355929 | NO | 8/29/2021 |
| 2058979 | YES | 8/28/2021 |
| 2364574 | YES | 8/26/2021 |
| 2112998 | YES | 8/31/2021 |
| 2219174 | YES | 9/2/2021 |
| 2207204 | NO | 8/25/2021 |
| 2269438 | YES | 8/30/2021 |
| 2006234 | YES | 8/30/2021 |
| 2329831 | YES | 9/1/2021 |
| 2377301 | NO | 8/31/2021 |
| 2403424 | YES | 8/30/2021 |
| 2342249 | YES | 8/31/2021 |
| 2343606 | YES | 8/31/2021 |
| 2332328 | YES | 9/2/2021 |
| 2361888 | YES | 9/1/2021 |
| 2220181 | YES | 9/2/2021 |
| 2206540 | YES | 9/2/2021 |
| 2398149 | YES | 8/31/2021 |
| 2195376 | YES | 9/2/2021 |
| 2318971 | YES | 9/1/2021 |
| 2363796 | YES | 9/1/2021 |
| 2315448 | YES | 9/2/2021 |
| 2167066 | YES | 10/12/2021 |
| 2211594 | YES | 9/1/2021 |
| 2247490 | YES | 9/8/2021 |
| 2192623 | YES | 9/8/2021 |
| 2403638 | YES | 9/11/2021 |
| 2147725 | YES | 9/12/2021 |
| 2189386 | YES | 9/23/2021 |
| 2144985 | YES | 9/8/2021 |
| 2281666 | YES | 9/8/2021 |
| 2406977 | YES | 9/15/2021 |
| 2197576 | YES | 9/14/2021 |
| 2368146 | YES | 9/8/2021 |
| 1932794 | YES | 9/14/2021 |
| 2281359 | YES | 9/13/2021 |
| 2331215 | YES | 9/30/2021 |
| 2413124 | YES | 9/14/2021 |
| 2078359 | YES | 9/15/2021 |
| 2364514 | YES | 9/15/2021 |
| 2389690 | YES | 9/15/2021 |
| 1963868 | YES | 9/15/2021 |
| 2274503 | YES | 9/15/2021 |
| 2325511 | YES | 9/14/2021 |

| | | |
|---|---|---|
| 2366471 | YES | 9/13/2021 |
| 2193258 | YES | 9/1/2021 |
| 2406753 | YES | 9/19/2021 |
| 2301565 | YES | 9/19/2021 |
| 2390041 | YES | 9/13/2021 |
| 2302616 | YES | 9/19/2021 |
| 2361738 | YES | 9/19/2021 |
| 2104654 | YES | 9/13/2021 |
| 2381582 | YES | 9/17/2021 |
| 2381583 | YES | 9/17/2021 |
| 2385985 | YES | 9/22/2021 |
| 2265122 | YES | 9/22/2021 |
| 2335888 | YES | 9/22/2021 |
| 2160592 | YES | 9/24/2021 |
| 2366876 | YES | 9/20/2021 |
| 2302304 | YES | 9/23/2021 |
| 2391300 | YES | 9/21/2021 |
| 2397348 | YES | 9/21/2021 |
| 1832389 | YES | 9/22/2021 |
| 2390710 | YES | 9/21/2021 |
| 2122609 | YES | 9/23/2021 |
| 2145195 | YES | 9/23/2021 |
| 2255928 | YES | 9/21/2021 |
| 2386011 | YES | 9/28/2021 |
| 2256146 | YES | 9/22/2021 |
| 2136047 | YES | 9/22/2021 |
| 2396654 | YES | 9/28/2021 |
| 2256846 | YES | 9/22/2021 |
| 2282292 | YES | 10/20/2021 |
| 2252336 | YES | 9/25/2021 |
| 1491723 | YES | 12/30/2021 |
| 2196585 | YES | 9/26/2021 |
| 2383555 | YES | 9/25/2021 |
| 2089246 | YES | 9/15/2021 |
| 2397812 | YES | 11/2/2021 |
| 2216397 | NO | 9/23/2021 |
| 2264692 | YES | 9/29/2021 |
| 2412800 | YES | 10/2/2021 |
| 2405657 | YES | 9/28/2021 |
| 2282635 | YES | 9/25/2021 |
| 2216682 | YES | 9/28/2021 |
| 2370755 | YES | 9/25/2021 |
| 2385622 | YES | 9/25/2021 |
| 2336744 | YES | 9/25/2021 |
| 2153531 | YES | 9/28/2021 |
| 2228637 | YES | 9/25/2021 |
| 2299433 | YES | 9/25/2021 |

| | | |
|---|---|---|
| 2163750 | YES | 10/3/2021 |
| 2403170 | YES | 9/25/2021 |
| 2368089 | YES | 9/28/2021 |
| 2269770 | YES | 9/25/2021 |
| 2144397 | YES | 9/19/2021 |
| 2361590 | YES | 9/19/2021 |
| 2035080 | YES | 10/2/2021 |
| 2304340 | YES | 9/28/2021 |
| 2332915 | YES | 9/28/2021 |
| 2407968 | YES | 9/28/2021 |
| 2325608 | YES | 9/26/2021 |
| 2205558 | YES | 9/28/2021 |
| 2260728 | YES | 9/27/2021 |
| 2249347 | YES | 9/27/2021 |
| 2375728 | YES | 10/5/2021 |
| 1933849 | YES | 10/5/2021 |
| 2367486 | YES | 10/2/2021 |
| 2333103 | YES | 10/12/2021 |
| 2347248 | YES | 10/4/2021 |
| 1996191 | YES | 10/4/2021 |
| 2195341 | YES | 8/25/2021 |
| 2273409 | YES | 10/12/2021 |
| 2342898 | YES | 10/5/2021 |
| 2084277 | YES | 10/18/2021 |
| 2164627 | YES | 10/14/2021 |
| 2392074 | YES | 10/17/2021 |
| 2319505 | YES | 10/15/2002 |
| 2145656 | YES | 10/17/2021 |
| 2033199 | YES | 10/13/2021 |
| 2327555 | YES | 12/11/2021 |
| 2101317 | YES | 2/18/2022 |
| 2371072 | YES | 10/20/2002 |
| 2225952 | YES | 10/23/2002 |
| 2424130 | YES | 10/24/2021 |
| 2159806 | YES | 10/16/2021 |
| 2092465 | YES | 10/20/2021 |
| 2175450 | YES | 10/21/2021 |
| 2397354 | YES | 10/20/2002 |
| 2203910 | YES | 10/21/2021 |
| 2291054 | YES | 10/21/2021 |
| 2320621 | YES | 10/20/2002 |
| 2205521 | YES | 10/21/2002 |
| 2416243 | YES | 10/20/2021 |
| 2305724 | YES | 10/20/2021 |
| 2343727 | YES | 10/20/2021 |
| 2329055 | YES | 10/21/2021 |
| 2325787 | YES | 10/18/2021 |

| | | |
|---|---|---|
| 2371945 | YES | 11/6/2021 |
| 2404972 | YES | 10/31/2002 |
| 2255979 | YES | 10/18/2021 |
| 2322718 | YES | 10/28/2002 |
| 2253521 | YES | 11/1/2021 |
| 2349613 | YES | 10/31/2002 |
| 2337055 | YES | 10/29/2002 |
| 2284987 | YES | 10/28/2002 |
| 2323417 | YES | 11/2/2021 |
| 2388390 | YES | 11/2/2021 |
| 2398081 | YES | 10/28/2002 |
| 2341445 | YES | 10/28/2002 |
| 2219696 | YES | 10/30/2002 |
| 2259403 | YES | 10/30/2002 |
| 2259668 | YES | 11/2/2021 |
| 2307389 | YES | 11/2/2021 |
| 2416229 | YES | 10/28/2002 |
| 2336823 | YES | 10/27/2002 |
| 2407018 | YES | 11/2/2021 |
| 2345936 | YES | 11/1/2021 |
| 2396754 | YES | 11/3/2021 |
| 1880539 | YES | 11/4/2021 |
| 2403101 | YES | 11/6/2021 |
| 2229750 | YES | 11/3/2021 |
| 2340101 | YES | 11/6/2021 |
| 2375772 | YES | 11/7/2021 |
| 2418213 | YES | 11/7/2021 |
| 2350246 | YES | 10/30/2021 |
| 2324903 | YES | 11/3/2021 |
| 2327081 | YES | 11/4/2021 |
| 2117122 | YES | 11/4/2021 |
| 2370621 | YES | 11/3/2021 |
| 2196814 | YES | 11/7/2021 |
| 2113218 | NO | 11/3/2021 |
| 2322763 | YES | 11/7/2021 |
| 2281782 | YES | 11/3/2021 |
| 2343794 | YES | 11/9/2021 |
| 2325333 | YES | 12/10/2021 |
| 2183625 | YES | 11/1/2021 |
| 2191390 | YES | 11/12/2021 |
| 2282746 | YES | 11/15/2002 |
| 2416060 | YES | 11/10/2002 |
| 2414386 | YES | 11/10/2002 |
| 2267733 | YES | 11/9/2021 |
| 2325375 | YES | 11/17/2002 |
| 2286942 | YES | 11/12/2002 |
| 2422105 | YES | 11/11/2002 |

| | | |
|---|---|---|
| 2198544 | YES | 12/19/2022 |
| 2391531 | YES | 11/5/2021 |
| 2239490 | YES | 11/12/2002 |
| 2320513 | YES | 11/15/2002 |
| 2391332 | YES | 11/17/2002 |
| 2413088 | YES | 11/19/2021 |
| 2411999 | YES | 11/15/2002 |
| 2397400 | YES | 11/15/2002 |
| 2235770 | YES | 11/17/2021 |
| 2289840 | YES | 11/17/2002 |
| 2415976 | YES | 11/21/2021 |
| 2101424 | YES | 2/4/2022 |
| 2195853 | YES | 11/20/2021 |
| 2407929 | YES | 11/20/2021 |
| 2414638 | YES | 11/20/2021 |
| 2385210 | YES | 11/20/2021 |
| 2195775 | YES | 11/16/2002 |
| 2406798 | YES | 11/24/2021 |
| 2344382 | YES | 11/24/2021 |
| 2331814 | YES | 11/20/2021 |
| 2288357 | YES | 11/23/2021 |
| 2331245 | YES | 11/20/2021 |
| 2265198 | YES | 11/19/2021 |
| 2315928 | YES | 11/22/2021 |
| 2344217 | YES | 12/1/2021 |
| 2397374 | YES | 11/22/2021 |
| 2164742 | YES | 11/30/2021 |
| 2219513 | YES | 11/28/2021 |
| 2114031 | YES | 11/24/2021 |
| 2313024 | YES | 12/1/2021 |
| 1866816 | YES | 12/2/2021 |
| 2385341 | YES | 12/2/2021 |
| 2234258 | YES | 12/1/2021 |
| 2013562 | YES | 12/1/2021 |
| 2278646 | YES | 12/5/2021 |
| 2403908 | NO | 12/5/2021 |
| 1872505 | YES | 12/1/2021 |
| 2044917 | YES | 12/5/2021 |
| 2408210 | YES | 12/1/2021 |
| 2406706 | YES | 12/4/2021 |
| 2287141 | YES | 12/4/2021 |
| 2394541 | YES | 12/4/2021 |
| 2320302 | YES | 12/1/2021 |
| 2124628 | YES | 12/1/2021 |
| 2281027 | YES | 12/2/2021 |
| 2397860 | YES | 12/2/2021 |
| 2405063 | YES | 12/2/2021 |

| | | |
|---|---|---|
| 2407537 | YES | 12/2/2021 |
| 2191068 | YES | 12/7/2021 |
| 2296874 | YES | 1/8/2022 |
| 2318790 | YES | 12/9/2021 |
| 2310436 | YES | 12/6/2021 |
| 2390049 | YES | 12/1/2021 |
| 2214082 | NO | 3/17/2022 |
| 2391577 | YES | 12/11/2021 |
| 2104745 | YES | 12/8/2021 |
| 2215879 | YES | 12/12/2021 |
| 2344172 | YES | 12/13/2021 |
| 2414411 | YES | 1/5/2022 |
| 2340412 | YES | 12/13/2021 |
| 2335737 | YES | 12/8/2021 |
| 2384644 | YES | 12/13/2021 |
| 1891647 | YES | 12/9/2021 |
| 2416297 | YES | 12/7/2021 |
| 2427593 | YES | 12/9/2021 |
| 2238076 | NO | 12/7/2021 |
| 2344095 | YES | 12/9/2021 |
| 2391275 | YES | 12/7/2021 |
| 2284117 | YES | 12/7/2021 |
| 2419139 | YES | 12/8/2021 |
| 1937855 | YES | 12/16/2021 |
| 1905016 | YES | 12/12/2021 |
| 2308073 | YES | 12/8/2021 |
| 2259480 | YES | 12/12/2021 |
| 2104521 | YES | 12/12/2021 |
| 2298436 | YES | 12/8/2021 |
| 2227483 | YES | 12/12/2021 |
| 2399493 | YES | 12/12/2021 |
| 2170328 | YES | 12/12/2021 |
| 2280760 | YES | 12/12/2021 |
| 2404509 | YES | 12/12/2021 |
| 2424850 | YES | 12/12/2021 |
| 2268272 | YES | 12/12/2021 |
| 2301720 | YES | 12/18/2021 |
| 2063262 | YES | 12/12/2021 |
| 2229009 | NO | 12/12/2021 |
| 2321604 | YES | 12/12/2021 |
| 2344811 | YES | 1/10/2022 |
| 1985661 | YES | 12/8/2021 |
| 2344216 | YES | 12/17/2021 |
| 2148034 | YES | 12/12/2021 |
| 2365291 | YES | 12/12/2021 |
| 2384022 | YES | 12/8/2021 |
| 2343776 | YES | 12/8/2021 |

| | | |
|---|---|---|
| 2424196 | YES | 12/10/2021 |
| 2286430 | NO | 12/10/2021 |
| 2418695 | YES | 12/13/2021 |
| 2310433 | YES | 12/13/2021 |
| 2419971 | YES | 12/13/2021 |
| 2326786 | YES | 12/14/2021 |
| 2414765 | YES | 12/14/2021 |
| 2217616 | YES | 12/18/2021 |
| 1997257 | YES | 12/14/2021 |
| 2316229 | YES | 12/14/2021 |
| 2401062 | YES | 12/18/2021 |
| 2183629 | YES | 12/20/2021 |
| 2403159 | YES | 12/13/2021 |
| 2422220 | YES | 12/14/2021 |
| 2442582 | YES | 12/15/2021 |
| 2419905 | YES | 12/14/2021 |
| 2343564 | YES | 12/14/2021 |
| 2424199 | YES | 12/14/2021 |
| 2334736 | YES | 12/18/2021 |
| 2155831 | YES | 12/19/2021 |
| 2355832 | YES | 1/13/2022 |
| 2406994 | YES | 12/20/2021 |
| 2436363 | YES | 12/16/2021 |
| 2276097 | YES | 12/17/2021 |
| 2407577 | YES | 12/17/2021 |
| 2303838 | YES | 12/17/2021 |
| 2283762 | YES | 12/17/2021 |
| 2292545 | YES | 12/16/2021 |
| 1948820 | YES | 12/19/2021 |
| 2032607 | YES | 1/13/2022 |
| 2265934 | YES | 1/20/2022 |
| 1544358 | YES | 2/13/2022 |
| 2203068 | YES | 2/13/2022 |
| 2425503 | YES | 12/26/2021 |
| 2259749 | YES | 12/31/2022 |
| 2176152 | YES | 1/1/2022 |
| 2313583 | YES | 3/27/2022 |
| 2133724 | YES | 12/21/2021 |
| 2332495 | YES | 12/23/2021 |
| 2292192 | YES | 1/2/2021 |
| 2426439 | YES | 12/30/2021 |
| 2419265 | YES | 2/4/2022 |
| 2256298 | YES | 1/4/2022 |
| 2019372 | YES | 2/4/2022 |
| 2314667 | YES | 1/8/2022 |
| 2094724 | YES | 1/4/2022 |
| 2261874 | YES | 1/6/2022 |

| | | |
|---|---|---|
| 2390742 | YES | 1/8/2022 |
| 2290892 | YES | 1/8/2022 |
| 2399511 | YES | 1/4/2022 |
| 2239867 | YES | 1/8/2022 |
| 2389150 | YES | 1/8/2022 |
| 2390758 | YES | 1/8/2022 |
| 2264461 | YES | 1/7/2022 |
| 2278462 | YES | 1/28/2022 |
| 2414029 | YES | 12/22/2021 |
| 2261330 | YES | 1/28/2022 |
| 1866751 | YES | 1/9/2022 |
| 2367963 | YES | 12/31/2021 |
| 2348964 | YES | 1/9/2022 |
| 2113217 | YES | 1/8/2022 |
| 2149477 | YES | 1/18/2022 |
| 2286691 | YES | 1/15/2022 |
| 2104560 | YES | 1/12/2022 |
| 2389079 | YES | 1/17/2022 |
| 2084914 | YES | 1/17/2022 |
| 2326994 | YES | 1/11/2022 |
| 2134967 | YES | 2/6/2022 |
| 2383426 | YES | 1/17/2022 |
| 2220583 | YES | 1/12/2022 |
| 2397995 | YES | 1/10/2022 |
| 2404394 | YES | 1/14/2022 |
| 2364380 | YES | 1/13/2022 |
| 2408203 | YES | 1/13/2022 |
| 2443169 | YES | 1/14/2022 |
| 2367574 | YES | 1/14/2022 |
| 2376713 | YES | 1/13/2022 |
| 2199045 | YES | 1/26/2022 |
| 2162857 | YES | 1/19/2022 |
| 2133728 | YES | 1/25/2022 |
| 2403222 | YES | 1/27/2022 |
| 2390739 | YES | 1/17/2022 |
| 2326070 | YES | 1/24/2022 |
| 2316503 | YES | 1/24/2022 |
| 2389095 | YES | 1/24/2022 |
| 2437787 | YES | 1/29/2022 |
| 2355862 | YES | 1/30/2022 |
| 2385295 | YES | 2/2/2022 |
| 2281728 | YES | 1/27/2022 |
| 2329853 | YES | 1/31/2022 |
| 2263933 | YES | 2/1/2022 |
| 2437441 | YES | 1/31/2022 |
| 2437855 | YES | 1/22/2022 |
| 2397344 | YES | 1/27/2022 |

| | | |
|---|---|---|
| 2216955 | YES | 1/30/2022 |
| 2195953 | NO | 1/29/2022 |
| 2425823 | YES | 1/29/2022 |
| 2432337 | YES | 1/30/2022 |
| 2269283 | YES | 2/1/2022 |
| 2407648 | YES | 1/29/2022 |
| 2228464 | YES | 2/8/2022 |
| 2395496 | YES | 2/2/2022 |
| 2337699 | YES | 1/31/2022 |
| 2427524 | YES | 2/2/2022 |
| 2396142 | YES | 2/5/2022 |
| 2404456 | YES | 2/10/2022 |
| 2281488 | YES | 2/6/2022 |
| 2313433 | YES | 2/4/2022 |
| 2321662 | YES | 2/7/2022 |
| 2200056 | YES | 2/7/2022 |
| 2425339 | YES | 2/4/2022 |
| 2284803 | YES | 2/4/2022 |
| 2259451 | YES | 2/7/2022 |
| 2275778 | YES | 2/7/2022 |
| 2384073 | YES | 2/4/2022 |
| 2309993 | YES | 3/7/2022 |
| 2201015 | YES | 3/19/2022 |
| 2356129 | YES | 2/5/2022 |
| 2389351 | YES | 2/7/2022 |
| 2387812 | YES | 2/5/2022 |
| 2154825 | YES | 2/5/2022 |
| 2265515 | YES | 2/13/2022 |
| 2331181 | YES | 2/9/2022 |
| 2201618 | YES | 2/8/2022 |
| 2443259 | YES | 2/8/2022 |
| 2367585 | YES | 3/4/2022 |
| 2225659 | YES | 2/9/2022 |
| 2355771 | YES | 2/9/2022 |
| 2343747 | YES | 2/8/2022 |
| 2239833 | YES | 2/9/2022 |
| 2342233 | YES | 2/9/2022 |