IN THE WYOMING CIRCUIT COURT
FIFTH JUDICIAL DISTRICT
1002 Sheridan Avenue, Room 206, Cody, Wyoming 82414

| First | Last | Role | | Case Numbers: |
|---|---|---|---|---|
| Paul | Goffaux | *Plaintiff,* | Case Numbers: | CV-2022-174 |
| Wanda | Vanderpool | *Plaintiff,* | | CV-2022-186 |
| Brenda | Roemmich | *Plaintiff,* | | CV-2022-187 |
| Gail | Barber | *Plaintiff,* | | CV-2022-188 |
| Pete | Pepping | *Plaintiff,* | | CV-2022-189 |
| Jennifer | Ryan | *Plaintiff,* | | CV-2022-202 |
| Bonnie | Mondeau | *Plaintiff,* | | CV-2022-239 |
| Brittnee | Wood | *Plaintiff,* | | CV-2022-240 |
| Tom | Aaberg | *Plaintiff,* | | CV-2022-241 |
| Aloh | Pettyjohn | *Plaintiff,* | | CV-2022-242 |
| Martin | Salazar | *Plaintiff,* | | CV-2022-243 |
| George | Wederski | *Plaintiff,* | | CV-2022-244 |
| Bryan | Hughes | *Plaintiff,* | | CV-2022-245 |
| James | Crevison | *Plaintiff,* | | CV-2022-246 |
| Ida | McNabb | *Plaintiff,* | | CV-2022-247 |
| Mike | Higgs | *Plaintiff,* | | CV-2022-248 |
| Michelle | Bash | *Plaintiff,* | | CV-2022-249 |
| James | Langston | *Plaintiff,* | | CV-2022-250 |
| Tanya | Higgs | *Plaintiff,* | | CV-2022-251 |
| Lynn | Huddler | *Plaintiff,* | | CV-2022-252 |
| Sallie | Eustace | *Plaintiff,* | | CV-2022-253 |
| William | Motley | *Plaintiff,* | | CV-2022-254 |
| Larry | Barrett | *Plaintiff,* | | CV-2022-255 |
| David | Brungard | *Plaintiff,* | | CV-2022-256 |
| Rebecca | Motley | *Plaintiff,* | | CV-2022-257 |
| Paul | Sulzman | *Plaintiff,* | | CV-2022-267 |
| Eugene | Chase | *Plaintiff,* | | CV-2022-268 |
| Michael | Knotts | *Plaintiff,* | | CV-2022-269 |
| Judith | Barnett | *Plaintiff,* | | CV-2022-270 |
| Michael | Allen-Rivers | *Plaintiff,* | | CV-2022-271 |
| Brenda | Weymouth | *Plaintiff,* | | CV-2022-272 |
| Fermin | Fausto | *Plaintiff,* | | CV-2022-273 |
| Amber | Cook | *Plaintiff,* | | CV-2022-274 |
| Robert | Barr | *Plaintiff,* | | CV-2022-275 |
| Darlene | Barr | *Plaintiff,* | | CV-2022-276 |
| Teresa | McGrady | *Plaintiff,* | | CV-2022-277 |
| Debra | Herbert | *Plaintiff,* | | CV-2022-278 |
| Stanley | Weymouth | *Plaintiff,* | | CV-2022-279 |
| Kenneth | Allen | *Plaintiff,* | | CV-2022-280 |
| John | Biggs | *Plaintiff,* | | CV-2022-281 |
| Hope | Porter | *Plaintiff,* | | CV-2022-282 |
| Dale | Barnett | *Plaintiff,* | | CV-2022-283 |
| Marie | Franks | *Plaintiff,* | | CV-2022-284 |
| Melanie | Knotts | *Plaintiff,* | | CV-2022-285 |

| First | Last | Role | Case |
|---|---|---|---|
| Frances | Chase | *Plaintiff,* | CV-2022-286 |
| Terra | Sulzman | *Plaintiff,* | CV-2022-287 |
| Jerry | Poulos | *Plaintiff,* | CV-2022-351 |
| Anthony | Trujillo | *Plaintiff,* | CV-2022-361 |
| Austin | Medina | *Plaintiff,* | CV-2022-362 |
| Heather | Medina | *Plaintiff,* | CV-2022-363 |
| Christopher | Smith | *Plaintiff,* | CV-2022-364 |
| Veronika | Dmitriyeva | *Plaintiff,* | CV-2022-365 |
| Cheryl | Phelps | *Plaintiff,* | CV-2022-366 |
| Thomas | Phelps | *Plaintiff,* | CV-2022-367 |
| Charlene | Harper | *Plaintiff,* | CV-2022-368 |
| Samuel | Harper | *Plaintiff,* | CV-2022-369 |
| Eric | Kessner | *Plaintiff,* | CV-2022-370 |
| Jessie | Kessner | *Plaintiff,* | CV-2022-371 |
| Ryan | King | *Plaintiff,* | CV-2022-372 |
| Hilary | Long | *Plaintiff,* | CV-2022-373 |
| Stephanie | Oliver | *Plaintiff,* | CV-2022-374 |
| Christopher | Peterson | *Plaintiff,* | CV-2022-379 |
| Ethan | Thomas | *Plaintiff,* | CV-2022-381 |
| Tessa | Binkley | *Plaintiff,* | CV-2022-382 |
| Tami | Decker | *Plaintiff,* | CV-2022-383 |
| Kenneth | Deromedi | *Plaintiff,* | CV-2022-384 |
| Tracey | Deromedi | *Plaintiff,* | CV-2022-385 |
| Ivy | Edwards | *Plaintiff,* | CV-2022-386 |
| Jeff | Edwards | *Plaintiff,* | CV-2022-387 |
| Tanner | Grant | *Plaintiff,* | CV-2022-388 |
| Kyle | Burkhart | *Plaintiff,* | CV-2022-389 |
| Kasey | Burton | *Plaintiff,* | CV-2022-390 |
| Matthew | Cullison | *Plaintiff,* | CV-2022-391 |
| Kayte | Alvey | *Plaintiff,* | CV-2022-392 |
| Kim | Blackman | *Plaintiff,* | CV-2022-393 |
| Karol | Blake | *Plaintiff,* | CV-2022-394 |
| Margaret | Cardenas | *Plaintiff,* | CV-2022-395 |
| Penny | Davenport | *Plaintiff,* | CV-2022-396 |
| Ryan | Niebla | *Plaintiff,* | CV-2022-397 |
| Alexander | Niemitalo | *Plaintiff,* | CV-2022-398 |
| Kyleen | Potter | *Plaintiff,* | CV-2022-399 |
| Brittany | Ogg | *Plaintiff,* | CV-2022-400 |
| Vincent | Gurto | *Plaintiff,* | CV-2022-401 |
| Amanda | Palma | *Plaintiff,* | CV-2022-457 |
| Wesley | Hammond | *Plaintiff,* | CV-2022-458 |
| Chalis | Bremkamp | *Plaintiff,* | CV-2022-459 |
| Joseph | Palma | *Plaintiff,* | CV-2022-460 |
| Haylee | Reay | *Plaintiff,* | CV-2022-187 |

|  |  |
|---|---|
| -vs-<br><br>COLLECTION PROFESSIONALS, INC.,<br>a Wyoming corporation,<br><br>BARNEY & GRAHAM, LLC,<br><br>WESTON T. GRAHAM,<br><br>CHRISTOPHER COCCIMIGLIO, and<br><br>DAVID C. COCCIMIGLIO,<br>                          Defendants. | FILED<br>DEC 28 2022<br>CIRCUIT COURT OF FIFTH JUDICIAL DISTRICT<br>PARK COUNTY, WYOMING<br>By_____ Clerk<br><br>**OMNIBUS ORDER CONSOLIDATING PROCEEDINGS** |

THIS MATTER came before the Court November 30, 2022, for hearing on Plaintiffs' omnibus motion to consolidate the above-captioned cases and all eighty-eight (88) plaintiffs appeared through their attorney, the defendants, Barney & Graham and Weston T. Graham, appeared through their attorney, and the defendants, Collection Professionals, Inc., Christopher Coccimiglio, and David C. Coccimiglio, appeared through their attorney. The Court having considered the motion and having received verbal stipulations from all parties finds that consolidation of all eighty-eight above-captioned cases is in the best interests of the parties and judicial economy.

THEREFORE, IT IS HEREBY ORDERED that the above-captioned cases shall be consolidated under case number CV-2022-174 for all purposes prior to the pretrial conferences and trials.

FURTHERMORE, IT IS ORDERED that the above-captioned cases shall not be joined for the purposes of pre-trial conferences and trials which shall be held and heard separately.

Plf-M
Dft-M
Dft-M

I certify I distributed a copy of the Foregoing this 29th day of Dec, 2022 to the following as indicated:
(M Mail; B Clerk's Box; H Hand Deliver; E Electronic)

BY THE COURT

_____
Circuit Court Judge/Magistrate

*Order Consolidating Cases*
*Into CV-2022-174*
Page 3 of 4

| Drafted by: | Approved as to form by: |
|---|---|
| *[signature]* | _____ |
| Bret L. Allred | Thomas W. Rumpke |
| (Attorney for all 88 plaintiffs) | (Attorney for Barney & Graham LLC, and Weston T. Graham) |

STATE OF WYOMING)
COUNTY OF PARK   ) ss
I certify that the foregoing is a true copy of the original on file in this office.
Dated 8/18/23

Sarah Ziska
Clerk of Circuit Court
By *[signature]*
Deputy

_____
Christopher Jones
(Attorney for Collection Professionals, Inc., Christopher Coccimiglio, and David C. Coccimiglio)

Copies to:   Plaintiff:    bret@yellowstonelawgroup.com
             Defendants:  trumpke@wpdn.net
                          crjones@grsm.com