FILED
JAN 25 2022
CIRCUIT COURT OF SEVENTH JUDICIAL
DISTRICT, NATRONA COUNTY
BY _____ CLERK

To your honor                                         1-25-22

    I was incarcerated so upon release I called Union telephone to dispute charges. They gave me a # for collections. I called them and told them I got a used woman phone and think the charges were way to much. They said they would call me back they never did. Now I'm being served. I called collection Professionals Inc they said they offer me $500 dollar deal and said I said no. That was not the case I would of said yes and asked to make payments. I served a 72 month federal sentence and went online to take care of any outstanding bills Judge. I'm just trying to do the right thing now and want a fair amount for my bill for what I beleive for a phone that was used and was a purple womans phone that did not work right.

CV-2022-0211

Fermin Fausto
(307) 277-5391
1250 N center St Lot E-19
Casper Wy 82601