**CERTIFIED COPY**

Collection Proffessionals Inc
vs
Debra Herbert

**Response to Summons:**

I have submitted a letter to the hospital in hope of trying to reduce some of the debt that is in the summons. As I explained to them that some of the items should have been billed to Insurance, which we found out was not done. Several of the items that are with Sheridan Orthopedics were to be paid by the Open Range as that is where in injury resulted from. In the meantime, while I work on clearing all of this up I am willing to make $200.00 payments to Collection Professionals, Inc. on a monthly basis.

Thank you

*Debbie Herbert* (signature)

Debbie Herbert
22 Country Estates
Sheridan, Wyoming  82801

NO. CV-2021-648
FILED IN CIRCUIT COURT OF
SHERIDAN COUNTY WYOMING

SEP 10 2021

_____ CLERK
BY _____ DEPUTY

did giving pltf copy

Certificate of Circuit Court of Sheridan County. The above is a true and correct copy of the original document which is on file or record in the court. Done this 21 day of Aug 20 23
_____ Clerk
By _____ Deputy