**CERTIFIED COPY**

| | |
|---|---|
| STATE OF WYOMING | IN THE CIRCUIT COURT<br>FOURTH JUDICIAL DISTRICT |

ANSWER TO SUMMONS

COLLECTION PROFESSIONALS, INC.

    Plaintiff

VS                    Civic Action No. _CV-2021-688_

STANLEY R. WEYMOUTH
BRENDA WEYMOUTH

    Defendant (s)

NO. _____
FILED IN CIRCUIT COURT OF
SHERIDAN COUNTY WYOMING

**SEP 15 2021**

BY __________ CLERK
                             DEPUTY

4th CIRCUIT COURT

1. Defendant lives in Sheridan County.

2. Defendants are married. Expenses listed in summons and complaints are not subject to charge ability upon the property. Each defendant carries there own medical insurance coverage.

3. Defendants disagree that civil action as written is incorrect. No proof of depth was given and defendant claims that list titled SHERIDAN MEMORIAL HOSPITAL, and BIG HORN HEALTH NETWORK LLC are over charges made. There is no break down as to who charges were for Brenda L. Weymouth or Stanley R. Weymouth. The defendants have paid premiums to insurance companies to provide for financial coverage of services received. Interest charges listed by

plaintiff are arbitrary listing no starting date and no ending date. No proof of amount owed has ever been established if any.

4. Leave it to the Plaintiff to prove. Defendants disagree with any billing

5. made by Sheridan Memorial hospital, and Big Horn Network LCC.

6. Defendants have no knowledge of this.

7. Defendants claim no responsibility until proven by Plaintiff of any

8. dept claimed in summons and complaint there denies any interest or

9. charges arbitrary made.

Any medical expense claimed in summons & complaint is derogatory and

Covers a period of time from 01/08/2016 to 09/30/2020. There is a need for

a clearer picture of what these charges pertain to and which defendent. Both

Defendants have

experienced a large amount of medical expenses involving several insurance

companies and Medicarecoverage for service providing monetary coverage.

They have always carried medical Insurance coverage that covered such

charges.

as spelled out in summon and complaint.

WHEREAS:

1. No assigned amount be granted.

2. No interest to date is due and payable.

3. Agree no late fee has been agreed on.

4. Cost of action including filing feesin the amount of $70.00 and service fees in the amount of $45.00 be denied.

5. Attorney fees as allowed by contract or by law be denied

6. Minus payment (s) / credits in the amount of $609.89 be denied.

7. A total of $8356.76 and attorney fee be denied.

8. The court grant a discharge of this summons and complaint with no Interest rate being granted.

DATED September 15, 2021

Stanley R. Weymouth

Brenda L. Weymouth

2012 Papago Dr.
Sheridan, Wy. 82801

307-763-6579

can Plt 9/16/21 cs

# BIG HORN HEALTH NETWORK LLC

## SEPTEMBER 12, 2021

1. 4/18/17  $ 106.63

    2. 4/7/17  $ 101.78
    3. 9/19/16  $59.97

4. 1/30/19  $ 34.48

    5. 5/16/19  $ 93.87

    6. 4/19/19  $ 25.41

    7. 4/25/19  $ 15.00

    8. 6/17/19  $ 12.75

    9. 8/15/19  $ 7.75

    10. 8/13/19  $ 15.19

    11. 12/4/19  $ 18.67

    12. 12/12/19  $ 15.00

    13. 2/3/20  $21.98

    14. 1/13/20  $ 271.11

    15. 1/6/20  $ 39.05

    16. 1.27/20  $ 14.45

    17. 2/24/20  $ 12.88

    18. 3/4/20  $ 12.88

    19. 3/9/20  $ 12.88

    20. 4/27/20  $ 9.46

    21. 4/20/20  $ 9.00

22. 5/21/20 $ 9.46

23. 5/11/20 $ 6.07

24. 6/8/20 $ 9.46

25. 6/4/20 $ 9.46

26. 7/7/20 $ 9.46

27. 7/13/20 $ 12.88

28. 9/11/20 $ 6.52

**TOTAL: $973.50**

# SHERIDAN MEMORIALHOSPITAL:

## SEPTEMBER,12, 2021

1. 08/30/18  $ 1392.37
2. 1/8/16   $50.00
3. 5/13/19  $210.00
4. 4/3/19  $34.47
5. 1/13/20  $1476.99
6. 4/18/20  $25.00
7. 4/15/20  $ 1830.13
8. 7/31/20  $ 39.36
9. 5/16/20  $ 25.00
10. 8/31/20  $ 78.72
10. 9/30/20  $ 39.36

TOTAL:   $5201.40

# PROFESSIONALS COLLECTION

## SEPTEMBER 12, 2021

1. Robbins Dermatology 2/21/18----------------------------------------$ 111.19

2. A-Plus Plumbers 10/26/18:-------------------------------------------$ 341.80

3. Sheridan Neurology PC:----------------------------------------------$  61.21

4. Total Comfort Heating & Air 9/13/18:---------------------------------$ 281.03

5. Rocky Mt. Ambulance Service 8/27/18:--------------------------------$ 116.11

## TOTAL: $ 911.34

Certificate of Circuit Court of Sheridan County. The above is a true and correct copy of the original document which is on file or record in the court. Done this 21 day of Aug 20 23

_____ Clerk
By _____ Deputy