## Roa Listing
### All Locations
### CV-2021-0000166

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Collection Professionals Inc. vs. Kyle Burkhart** | | | | |
| 10/28/2021 | NEW-CIVIL | CV-Contract-Seller Plaintiff (Debt Collection) Filing Fee Paid by: Collection Professionals Inc. Rcpt #: 51230 Dated: 10/28/2021 Amount: $70.00 For: | DNUTTALL | Luhm, Edward G |
| 10/28/2021 | COV-CIVIL-COVER-SHEET | Civil Cover Sheet | DNUTTALL | Luhm, Edward G |
| 10/28/2021 | DOCSERVICE-SERVED | Summons Served on Kyle Burkhart on 10/16/2021 | DNUTTALL | Luhm, Edward G |
| 10/28/2021 | AFF-SERVICE | Affidavit of Service | DNUTTALL | Luhm, Edward G |
| 10/28/2021 | COM-COMPLAINT | Complaint | DNUTTALL | Luhm, Edward G |
| 11/29/2021 | MOT-DISMISS | Motion to Dismiss | DHOFFMAN | Luhm, Edward G |
| 12/02/2021 | ORD-DISMISS-WITH-PREJUDICE | Order of Dismissal With Prejudice | DNUTTALL | Luhm, Edward G |
| 12/22/2021 | NOT-FILING | Notice of Filing | DHOFFMAN | Luhm, Edward G |

```
STATE OF WYOMING                              IN THE CIRCUIT COURT
                                              FIFTH JUDICIAL DISTRICT
COUNTY OF BIG HORN - LOVELL                         Before:
                                                          Judge
```

| | |
|---|---|
| COLLECTION PROFESSIONALS, INC. | ) |
| Plaintiff, | ) |
| vs | ) Civil Action No. CV-2021-0166B |
| KYLE BURKHART | ) |
| Defendant(s). | ) |

**FILED IN CIRCUIT COURT**
**BIG HORN COUNTY, BASIN, WY**
DEC 0 1 2021
CLERK
DEPUTY

## ORDER FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Collection Professionals, Inc., by and through its attorney, WESTON T. GRAHAM, #6-4404, and pursuant to Rule 41(a)(1)(i) of the Wyoming Rules of Civil Procedures, having given notice of the Motion to Dismiss With Prejudice of the above entitled cause and good cause having been shown,

IT IS HEREBY ORDERED that the above entitled case be Dismissed With Prejudice.

DATED ___1st___ day of ___DECEMBER___, 20_21_

_____
CIRCUIT COURT JUDGE

ORD-DWP/2320710 / 27   REV. 02-04

```
STATE OF WYOMING                          IN THE CIRCUIT COURT
                                          FIFTH JUDICIAL COURT
COUNTY OF BIG HORN - LOVELL                      Before:
                                                        Judge


COLLECTION PROFESSIONALS, INC.   )
                                 )
              Plaintiff,         )
                                 )
     vs                          )   Civil Action No. CV-2021-0166B
                                 )
KYLE BURKHART                    )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
              Defendant(s).      )
```

FILED IN CIRCUIT COURT
BIG HORN COUNTY, BASIN WY

NOV 29 2021

CLERK   DIANE NUTTALL
DEPUTY

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the plaintiff Collection Professionals, Inc., by and through its attorney, WESTON T. GRAHAM, #6-4404, and pursuant to Rule 41(a)(1)(i) of the Wyoming Rules of Civil Procedures, herewith gives notice of the Motion to Dismiss With Prejudice, of the above entitled cause.

DATED November 16, 2021.


KYLE BURKHART

358 W 7TH
LOVELL WY 82431

WESTON T. GRAHAM, #6-4404  307-763-4483
GINA M. DICKERSON #7-6274  307-763-4483

SHERIDAN, WY 82801
307-672-6424


N/DWP/2320710 / 27   REV. 10-03