STATE OF WYOMING ) IN THE CIRCUIT COURT
COUNTY OF PARK ) FIFTH JUDICIAL DISTRICT
) Before: Judge
Collection Professionals, Inc. )
        Plaintiff, )
    vs )
WESLEY HAMMOND ) Civil Action No. CV-2021-647-COD
)
        Defendant(s). )

FILED MAR 16 2022
CIRCUIT COURT OF FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING
By _____ Clerk

### DEFAULT JUDGMENT AGAINST WESLEY HAMMOND ONLY

THIS MATTER having come before the Court this date, and the Court having considered the record and being fully advised in the premises find as follows:

1. The above defendant, WESLEY HAMMOND has been served with a copy of the Summons and Complaint;

2. The defendant, WESLEY HAMMOND has failed to answer or otherwise plead in the above entitled cause;

3. The court has jurisdiction of the subject matter and parties to this action;

4. There is no just reason for delaying the entry of judgment;

5. Plaintiff should recover judgment against the defendant, for relief demanded in the complaint.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED the plaintiff be granted judgment against the defendant, WESLEY HAMMOND, as follows:

1. $1177.50    Assigned Amount

2. $0.00    Late fee allowed by contract

3. $375.00    Less credit(s)/payment(s)

4. $201.62    prejudgment interest on the Assigned Amount

5. $0.00    for attorney fees, as allowed by law, court, court order, or written agreement.

02-07-22 / DF1L-1D
2236743 / 38

6. For continuing attorney fees and costs of collection if awarded as part of this judgment upon proper proof being submitted to the court.

7. $105.00 for the costs of this action including filing fees and service fees

8. Post-judgment interest of 10% per annum on the unpaid balance of this judgment which now totals $1109.12.

DATED this __16__ day of __MARCH__, 20_22_.

BY THE COURT:

_____
CIRCUIT COURT JUDGE

STATE OF WYOMING)
COUNTY OF PARK ) ss
I certify that the foregoing is a true copy of the original on file in this office.
Dated 8/18/23

Sarah Ziska
Clerk of Circuit Court
By _A. Cueen_
Deputy

WESLEY HAMMOND
1162 DEL RIO ROAD  =M

POWELL, WY   82435

π = M

CIRCUIT COURT
PARK COUNTY
CODY, WY 82414

I certify I distributed a copy
of the Foregoing
this _16th_ day of _March_, 20_22_,
to the following as indicated:
(M Mail; B Clerk's Box;
H Hand Deliver; E Electronic)

DF1AL-1D 02-07-22  REV. 1-04 AWP
2236743 / 38