# Yellowsone Law Group LLC

**OFFICE IN POWELL, WY**
117 North Bent St, Ste C

EMAIL: clients@YellowstoneLawGroup.com
PHONE: 307-271-1034

February 22, 2022

Diane Nuttall,
Chief Clerk of Circuit Court
PO Box 749
Basin, Wyoming 82410

Email: ccbas@courts.state.wy.us

RE: **REQUEST FOR COPIES OF RECORDS**

Dear Clerk of Court,

It has come to our attention that hundreds of consumers throughout Wyoming may have been damaged by materially deficient summonses used by Collection Professionals, Inc. ("CPI"). Attached is a list of civil action numbers for cases filed by CPI in your court within the last 12 months. We request copies of the summonses (to defendants and co-defendants) contained in each court file.

We understand your office is very busy and we offer our services in whatever way you see fit. If you gather the files, we can arrange a time to come and make our own copies. Or, if you want to offer over time to one of your staff, send us the bill and we will gladly pay it. We will accommodate and pay for your services, whatever the cost.

If there was another way to gather the evidence, we would do so. Class actions can be used to gather information from defendants through discovery, but unfortunately due the nature of the claim, the limited damages, and the inability to file a class action in Circuit Court, a class action would be detrimental to our clients.

Thank you for your time and we look forward to your response.

Sincerely,

Bret T. Allred
Attorney at law (*Licensed in Wyoming and Montana*)
Wyoming Bar Number 6-3835

Enclosure: List of civil action numbers in numerical order.

McGrady v. Barney & Graham 000152

BIG HORN COUNTY

| | | |
|---|---|---|
| CV 2021 1 | CV 2021 57 | CV 2021 110 |
| CV 2021 9 | CV 2021 62 | CV 2021 113 |
| CV 2021 10 | CV 2021 63 | CV 2021 114 |
| CV 2021 19 | CV 2021 64 | CV 2021 115 |
| CV 2021 20 | CV 2021 65 | CV 2021 116 |
| CV 2021 27 | CV 2021 66 | CV 2021 117 |
| CV 2021 28 | CV 2021 67 | CV 2021 118 |
| CV 2021 29 | CV 2021 68 | CV 2021 119 |
| CV 2021 45 | CV 2021 69 | CV 2021 120 |
| CV 2021 46 | CV 2021 78 | CV 2021 124 |
| CV 2021 47 | CV 2021 79 | CV 2021 125 |
| CV 2021 48 | CV 2021 80 | CV 2021 126 |
| CV 2021 49 | CV 2021 81 | CV 2021 134 |
| CV 2021 51 | CV 2021 83 | CV 2021 136 |
| CV 2021 52 | CV 2021 100 | CV 2021 137 |
| CV 2021 53 | CV 2021 101 | CV 2021 138 |
| CV 2021 55 | CV 2021 102 | CV 2021 139 |
| CV 2021 56 | CV 2021 103 | CV 2021 140 |
| | CV 2021 104 | CV 2021 141 |
| | CV 2021 105 | CV 2021 142 |
| | CV 2021 106 | CV 2021 147 |
| | CV 2021 108 | CV 2021 148 |
| | CV 2021 109 | CV 2021 149 |
| | | CV 2021 152 |
| | | CV 2021 153 |
| | | CV 2021 154 |
| | | CV 2021 155 |
| | | CV 2021 156 |
| | | CV 2021 164 |
| | | CV 2021 165 |
| | | CV 2021 166 |
| | | CV 2021 167 |
| | | CV 2021 178 |
| | | CV 2021 179 |
| | | CV 2021 180 |
| | | CV 2022 6 |
| | | CV 2022 8 |
| | | CV 2022 10 |
| | | CV 2022 12 |

McGrady v. Barney & Graham 000153