Exhibit 1

STATE OF WYOMING

COUNTY OF NATRONA

IN THE CIRCUIT COURT
SEVENTH JUDICIAL DISTRICT
CASPER, WY, 82601

**FILED JAN 28 2022** CIRCUIT COURT OF SEVENTH JUDICIAL DISTRICT, NATRONA COUNTY

## SUMMONS

COLLECTION PROFESSIONALS, INC.

    Plaintiff,

VS

Civil Action No. CV-2022-0243

FERMIN FAUSTO

    Defendant(s).

**TO THE ABOVE NAMED DEFENDANT:**
FERMIN FAUSTO

SERVICE ADDRESS
1250 N CENTER ST E19            OR       SONNYS RV
CASPER, WY 82601                         5000 E YELLOWSTONE HWY EVANSVILLE, WY 826

    YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 35 days after the Summons and Complaint are filed. exclusive of the day of filing.

If you fail to do so, judgment by default will be taken against you for relief demanded in the Complaint.

This complaint will be filed with the Court within 14 days of service. The defendant need not answer the Court if the complaint is not filed within fourteen days after services.

(If service upon you is made outside the State of Wyoming, you are required to file and serve your answer to the Complaint within 35 days after the filing of this Complaint with the Court, exclusive of the date of filing. If the service of the Summons has been made upon you through service on The Secretary of the State of WY under W.S. 17-1-111, you have 35 days from the date of filing with the Court to answer.)

DATED 1/14/22

WESTON T. GRAHAM, #6-4404  307-763-4483
GINA M. DICKERSON #7-6274  307-763-4483
KAYLA ALBERTSON #8-6708
SHERIDAN, WY, 82801
307-672-6424

SUM-PS  /10 JAN 2022
2133728 / 18