FILED *exhibit 1*

STATE OF WYOMING

COUNTY OF PARK

IN THE CIRCUIT COURT
FIFTH JUDICIAL DISTRICT

DEC 28 2021

Circuit Court of Fifth Judicial District
Park County, Wyoming
By _____ Deputy/Clerk

**SUMMONS**

COLLECTION PROFESSIONALS, INC.

    Plaintiff,

VS

Civil Action No. CV-2021-656-COD

KENNETH R MCGRADY
TERESA MCGRADY

    Defendant(s).

**TO THE ABOVE NAMED DEFENDANT:**
TERESA MCGRADY

SERVICE ADDRESS:
23 WHISKEY ROAD     OR
CODY, WY 82414

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 35 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 35 days after service of this Summons upon you, exclusive of the day of service. If the services of this Summons has been made upon you through service on the Secretary of the State of Wyoming under W.S. 17-1-111, you have 35 days from the date of service to answer.) If you fail to do so, judgment by default will be be taken against you for relief demanded in the Complaint.

This summons and complaint will be filed with the Court within 14 days of service. The defendant need not answer the Court if it is not filed with the Court within fourteen days after service.

DATED 11/1/21

WESTON T. GRAHAM, #6-4404
GINA M. DICKERSON #7-6274

SHERIDAN, WY,    F68.6
307-672-6424

A#2252514 / 38
SUM1-PS